ALICE VALDEZ, alias ALICE KEMP, and WILBUR THOMPSON, *Plaintiffs in Error,* v. STATE OF FLORIDA, *Defendant in Error.*

Division A.

Decision filed August 1, 1929.

Petition for rehearing denied September 16, 1929.

*Bart A. Riley, Arthur Gomez* and *George Brooks,* for Plaintiffs in Error;

*Fred H. Davis,* Attorney General, and *Roy Campbell,* Assistant, for the State.

382

PER CURIAM.—This cause having heretofore been submitted to the Court upon the transcript of the record of the judgment herein and briefs and argument of counsel for the respective parties, and the record having been seen and inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said judgment; it is, therefore, considered, ordered, and adjudged by the Court that the said judgment of the circuit court be, and the same is hereby, affirmed.

TERRELL, C. J., AND ELLIS AND BROWN, J. J., concur.